IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00286-MR-WCM

| | |
|---|---|
| ASSUREDPARTNERS OF VIRGINIA, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIGRETT R. HOPPER and INSURANCE )<br>SERVICE OF ASHEVILLE, INC. )<br>)<br>Defendants. )<br>) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by Matthew J. Gilley. The Motion indicates that Mr. Gilley, a member in good standing of the Bar of this Court, is local counsel for AssuredPartners of Virginia, LLC and that he seeks the admission of Jeffrey Andrew Lehrer, who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Jeffrey Andrew Lehrer to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 26, 2021

W. Carleton Metcalf
United States Magistrate Judge